COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-310-CV

 

IN RE JOSEPH EARL WATSON                                                  RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and prohibition and is of the opinion that relief
should be denied.  Accordingly, relator=s
petition for writ of mandamus and prohibition is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL 
A:  HOLMAN, J.; CAYCE, C.J.; and
LIVINGSTON, J. 

 

LIVINGSTON, J. would grant.

 

DELIVERED: 
November 27, 2007











    [1]See
Tex. R. App. P. 47.4.